

AUG 29 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff, )<br>)<br>     v. )<br>)<br>JANE BENDU, )<br>     Defendant. )<br>) | Docket. No. 1:14cr280<br>Magistrate Judge Buchanan |

## SUMMARY OF PROCEEDINGS

On May 26, 2014, defendant Jane Bendu ("defendant") was charged with (i) Business Operations Without Permit, Ticket No. 4291859, a violation of 36 C.F.R. § 5.3, and (ii) Stopped on Travel Portion of a Highway, Ticket No. 4291860, a violation of 36 C.F.R. § 4.13(a).

On August 7, 2014, defendant appeared before Magistrate Judge Buchanan.[1] At the beginning of Court, Magistrate Judge Buchanan advised all defendants of their rights, including the right to plead guilty or not guilty, the right to retain an attorney, and the right to seek a continuance to prepare for trial and/or retain an attorney.[2] When her case was called, defendant testified that she heard the Court's instructions as

---

[1] The timestamp corresponding to defendant's trial is 10:44:29 to 10:47.35.
[2] The timestamp corresponding to the Court's instructions is 10:08:24 to 10:09:45.

to her rights regarding the charges brought against her.[3] Defendant then pleaded guilty to both counts. The Court therefore found defendant guilty of 36 C.F.R. §§ 4.13(a) & 5.3 and imposed a fine of $30 as to each charge plus all fees and special assessments.

On August 8, 2014, defendant filed a notice of appeal of the undersigned's ruling. In her appeal, defendant argues as follows:

> I am appealing the decision because I am not guilty as charged and I was not properly informed about the charges, choices and their implication[s]. The truth is I am not guilty as charged and I want to have fair representation.

Pursuant to Federal Rule of Criminal Procedure 58, the record on appeal includes the recording of the proceedings held before Magistrate Judge Buchanan on August 7, 2014. If defendant wishes to have a written version of the proceedings included in the record on appeal, she may order a transcript of the proceedings at her own cost.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

August 29, 2014
Alexandria, Virginia

---

[3] The timestamp corresponding to defendant's testimony regarding her rights is 10:44:50.